JUSTIN M. MYERS (10043)
Justin M, Myers, Attorney-at-Law, LLC
1122 W. South Jordan Pkwy, Suite A
South Jordan, Utah 84095
Telephone: (801) 572-0504
Facsimile: (801) 326-4706

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In Re:<br>NOELLE C. LEGENDRE<br><br>Debtor(s)<br><br>**Debtor(s).** | **Bankruptcy Case No. : 18-26355**<br><br>**Chapter 13** |
|---|---|

## APPLICATION FOR ALLOWANCE OF COMPENSATION

Under penalty of perjury the undersigned respectfully represents as follows:

Justin M. Myers has practiced law since 2004 and has had experience in Bankruptcy Court since 2004. He currently spends approximately 90% of his billable hours representing Chapter 7 and Chapter 13 clients. He regularly appears in the United States Bankruptcy Court of Utah.

All professional services for which compensation is requested were actually performed by the applicant on behalf of the Debtors, being, in the opinion of the applicant, both reasonable and necessary. The applicant purports to have exercised reasonable billing judgment. The applicant firm, Justin M. Myers, Attorney-at-Law, LLC, is Counsel and makes this Application for Allowance of Compensation for professional service rendered and the reimbursement of out-of-pocket expense necessarily incurred by the applicant in the representation of said Debtors. Attached here as Exhibit A is a complete accounting for the time spent. All time records summarized in the application are records made at the time services were rendered.

The rate Justin M. Myers charges per hour is $300.00 and is consistent with the amount filled on all other Chapter 7 and Chapter 13 matters.

Ashlee Jensen is a paralegal who has worked for several years at the Justin M. Myers, Attorney-at-Law LLC. Ashlee Jensen spends almost all of her time working on consumer bankruptcy cases. Ashlee Jensen's billable rate is $85.00 per hour and is consistent with market rate for paralegals of her skill level.

  The rates charged by applicant firm were at all times, since the inception of these proceedings, the normal charges for similar work performed for other clients and are consistent with the rates previously viewed by the Court and charged in the State of Utah by attorneys with a similar expertise.

  Other than in connection with this matter, the applicant firm has no relationship with the Debtor, nor does it expect to have any further relations except for winding up these proceedings.

  WHEREFORE, the Applicant firm prays the Court to enter its Order authorizing its compensation and payment of fees for services performed in relation to Debtor's Chapter 13 case to Justin M. Myers, Attorney-at-Law, LLC in the total amount of $2,111.50.

DATED: January 29, 2019

               /s/ Justin Myers
               _____
               Attorney for Debtor(s)

# EXHIBIT A

| Date | Billing Code | Description | Hours | Hourly Rate | Amount | Total Amount |
|---|---|---|---|---|---|---|
| 8/27/2018 | JMM | Meet with Client | 0.7 | $ 300.00 | $ 210.00 | $ 210.00 |
| 8/27/2018 | JMM | Prepare case and file emergency bankruptcy petition with supporting documents | 0.7 | $ 300.00 | $ 210.00 | $ 420.00 |
| 9/6/2018 | AJ | Prepare bankruptcy statements and schedules and prepare and file bankruptcy documents | 1.5 | $ 85.00 | $ 127.50 | $ 547.50 |
| 9/6/2018 | JMM | Review bankruptcy statements and schedules | 0.7 | $ 300.00 | $ 210.00 | $ 757.50 |
| 9/14/2018 | AJ | Prepare and file tax declaration | 0.4 | $ 85.00 | $ 34.00 | $ 791.50 |
| 9/14/2018 | JMM | Prepare objection to dismissal and order and file documents | 0.4 | $ 300.00 | $ 120.00 | $ 911.50 |
| 10/3/2018 | JMM | Review Salt Lake County's objection to confirmation and file motion to reschedule meeting of creditors | 0.7 | $ 300.00 | $ 210.00 | $ 1,121.50 |
| 11/9/2018 | JMM | Prepare for and attend 341 meeting | 0.9 | $ 300.00 | $ 270.00 | $ 1,391.50 |
| 12/4/2018 | JMM | Prepare and file motion to continue Confirmation Hearing | 0.3 | $ 300.00 | $ 90.00 | $ 1,481.50 |
| 12/11/2018 | JMM | Prepare for and attend confirmation hearing | 1 | $ 300.00 | $ 300.00 | $ 1,781.50 |
| 1/27/2019 | JMM | Prepare motion to modify Chapter 13 plan, review Trustee's objection and work on issues in the case | 1.1 | $ 300.00 | $ 330.00 | $ 2,111.50 |