Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| **IN RE:** | **CASE: 18-26355** |
| NOELLE C. LEGENDRE | **CHAPTER 13** |
| **Debtor** | **Hon. R. KIMBALL MOSIER** |

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. The Debtors(s)' plan payment is $805, yet Schedules I & J show projected disposable income of only $10.62.  Therefore, Schedules I & J should be amended to establish that the Debtor(s)' projected disposable income is sufficient to make the plan payment.

2. The Debtor(s) have listed a monthly mortgage payment on their budget.  The Debtors should provide proof that they are making postpetition monthly mortgage payments consistent with the budget, or they should increase the plan payment by the amount of the mortgage payment they are not making.

3. It appears that the debtor has new employment or income that is not disclosed on Schedule I and debtor has not provided verification of such income.  Prior to the confirmation hearing, the debtor should provide the Trustee with verification of such income in the form of two recent payment advices.

4. The Debtor(s) failed to timely provide the Trustee with copies of their State and Federal income tax returns for [2018] (see § 521(e)(2)(A)(i), Fed. R. Bankr. P. 4002(b)(2)(B), and Local Rule 6070-1(c)(2)).

5. The Debtor stipulated to be current on all plan payments through May, no later than June 10, 2019.  As of June 6, 2019, the Debtor is delinquent $1795.00

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: June 6, 2019

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on June 06, 2019:

SARAH L MATHEWS, ECF Notification

/s/ Amber Britt