Sarah L. Mathews (9756)
Stephen M. Enderton (6535)
GRINDSTAFF, ENDERTON & MATHEWS, LLC
136 East South Temple, Suite 1050
Salt Lake City, Utah 84111
(801) 281-0252
steve@gemlawfirm.com
sarah@gemlawfirm.com
Attorneys for Debtor

| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH ||
|---|---|
| In Re:<br><br>NOELLE C. LEGENDRE,<br><br>Debtor. | Bankruptcy No. 18-26355<br><br>Chapter 13<br><br>Hon. R. Kimball Mosier |
| APPLICATION FOR FEES ||

GRINDSTAFF, ENDERTON & MATHEWS, LLC, attorneys for debtor(s), respectfully applies for approval and allowance of fees and costs incurred on Exhibit "A", attached hereto. The following is offered in support of such application:

1. This Application is made pursuant to 11 U.S.C. Section 330 and Bankruptcy Rule 2016. The undersigned requests allowance of the fees and costs detailed on Exhibit "A" as an administrative expense pursuant to 11 U.S.C. Section 503(b)(2) and 11 U.S.C. Section 330(a), and that the Court enter an Order requiring payment of said administrative expense pursuant to 11 U.S.C. Section 1326(a)(2).

2. No compensation previously received has been shared and no agreement of understanding exists between the applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with debtor's case.

3. The source of all compensation paid and promised to be paid is from the Debtor and all professional services for which compensation is requested were actually performed by the applicant on behalf of the Debtor, being in the opinion of the applicant, both reasonable and necessary. The applicant has exercised reasonable billing judgment. Exhibit "A" sets forth a detailed statement of the services rendered, time expended and expenses incurred, and the amounts requested.

4. The Services provided in Exhibit "A" were provided by Stephen M. Enderton (SME), Sarah L. Mathews (SLM) and Turia L. Rolph (TLR). Stephen M. Enderton is an attorney in good standing and has practiced law since October of 1993 and has experience in the Bankruptcy Court since 1993. He currently spends a minimum of 75% of his billable hours representing Chapter 7 and Chapter 13 clients. He regularly appears in the United States Bankruptcy Court for the District of Utah. Sarah L. Mathews is an attorney in good standing and has been representing Chapter 13 and Chapter 7 clients since 2005. She currently spends a minimum of 75% of her billable hours representing Chapter 13 clients. Turia L. Rolph is a legal assistant/paralegal who works on chapter 13 matters. The billable rate for Stephen M. Enderton and Sarah L. Mathews is $300.00 per hour. The billable rate for Turia L. Rolph is $125.00 per hour.

WHEREFORE, the Applicant firm prays the Court to enter it's Order authorizing it's compensation and payment of fees to Grindstaff, Enderton & Mathews, LLC in the total amount of $3,852.50, less a retainer of $500.00 already paid and waived attorney fees of $352.50, for a total of $3,000.00 fees to be paid in the plan.

DATED this 6th day of June, 2019.

/s/
Sarah L. Mathews, of
GRINDSTAFF, ENDERTON & MATHEWS, LLC

| Date | Staff | Description | atty time | paralegal time |
|---|---|---|---|---|
| 2/13/2019 | SLM | Draft Appearance of Counsel | | 0.2 |
| 2/13/2019 | SLM | Draft Ex-Parte Order to Sub Cousel | 0.2 | |
| 2/13/2019 | SLM | Draft Ex-parte MT to Sub Counsel | 0.2 | |
| 2/13/2019 | SLM | Meet w/cl re: taking over case | 0.4 | |
| 2/14/2019 | SLM | Draft motion to vacate dismissal | 1.0 | |
| 2/15/2019 | SLM | Draft NNOH MT Vacate and grant more time to pay plan payments | | 0.3 |
| 3/8/2019 | SLM | Review Trustee response | 0.2 | |
| 3/12/2019 | SLM | Draft email to Mark Middlemas (mtg co atty) re: vacating dismissal/AO | 0.3 | |
| 3/12/2019 | SLM | phone conf w/cl re: dismissal/agreed order | 0.4 | |
| 3/19/2019 | SLM | Draft Order Vacate dismissal | 0.3 | |
| 3/19/2019 | SLM | Review continuing objection | 0.2 | |
| 3/19/2019 | SLM | Prepare documents and prepare for meeting with client, emails with client | 0.5 | |
| 3/21/2019 | SLM | Emails with trustee case manager | 0.3 | |
| 3/22/2019 | SLM | Tele w/cl re: agreed order | 0.4 | |
| 4/8/2019 | SME | Draft email to Mark Middlemas re: agreed order modifications, cl emails | 0.3 | |
| 4/9/2019 | SLM | Draft Ltr for client - LOAN MOD to Wells Fargo | 0.3 | |
| 4/10/2019 | SLM | Tele w/cl re: agreed order | 0.3 | |
| 4/16/2019 | SME | Email cl re: respond to email and update on agreed order | 0.2 | |
| 4/17/2019 | SLM | Review continuing objection | 0.2 | |
| 4/18/2019 | SME | Email cl: re: cancellation of foreclosure sale | 0.2 | |
| 4/24/2019 | SME | Email cl re: status of amended agreed order | 0.2 | |
| 4/24/2019 | SLM | Review POCs | 0.2 | |
| 4/24/2019 | SLM | Prepare Amended Plan/notice adeq protection | 0.5 | |
| 4/25/2019 | SLM | phone conf with client re confirmation, pmts, etc. | 0.5 | |
| 4/25/2019 | SLM | Emails with trustee case manager | 0.3 | |
| 4/26/2019 | SLM | email exchanges with trustee, client re cc stips | 0.2 | |
| 4/30/2019 | SLM | Review Email from cl re: agreed order | 0.2 | |
| 5/1/2019 | SME | Tele w/cl re: agreed order | 0.2 | |
| 5/14/2019 | SLM | Review email from cl re: agreed order | 0.2 | |
| 5/15/2019 | SME | Tele w/cl re: agreed order | 0.3 | |
| 5/21/2019 | SLM | Prepare 2nd amended plan/notice adeq protection | 0.4 | |
| 5/21/2019 | SLM | Notice of amended plan | 0.3 | |
| 5/23/2019 | SLM | Review and respond to client email re HOA/debts, pull POCs | 0.4 | |
| 5/29/2019 | SLM | Tele w/cl re: agreed order | 0.2 | |
| 5/31/2019 | SLM | Email client re cc, AO, budget | 0.3 | |
| 6/5/2019 | SME | Tele w/cl re: agreed order, required documents, and delinquency | 0.3 | |
| 6/5/2019 | SLM | Discuss amended budget, emails w/client, mtg with client | 0.8 | |
| 6/6/2019 | SLM | Email case manager | 0.3 | |
| anticipated | SLM | Review confirmation order | 0.4 | |
| anticipated | SLM | claims review | 0.4 | |

| | | |
|---|---|---|
| Total attorney time | $12.50 | |
| Fees at $300 per hour | $3,750.00 | |
| Total paralegal time | | $0.50 |
| Fees at $150 per hour | | $75.00 |
| Postage | $27.50 | |
| Total fees and costs | $3,852.50 | |
| Less Retainer | -$500.00 | |
| Less attorney fees waived | -$352.50 | |
| Total fees and costs requested in plan | $3,000.00 | |

**CERTIFICATE OF SERVICE - BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on the 7th day of June, 2019, I electronically filed the foregoing Application for Attorney Fees with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

Stephen M. Enderton senderton@emlegal.net,
    turia@emlegal.net;mathews@emlegal.net;mathewssr52908@notify.bestcase.com

Lon Jenkins tr ecfmail@ch13ut.org, lneebling@ch13ut.org

Bradley C. Johnson bcjohnson@slco.org, lpratt@slco.org

Sarah L. Mathews mathews@emlegal.net,
    turia@emlegal.net;senderton@emlegal.net;mathewssr52908@notify.bestcase.com

Mark S. Middlemas LundbergECFmail@Lundbergfirm.com,
    ecfmaildistgroup@lundbergfirm.com

United States Trustee USTPRegion19.SK.ECF@usdoj.gov

/s/
_____
Mail Clerk