Stephen M. Enderton, Bar # 6535
Sarah Lynn Mathews, Bar # 9756
GRINDSTAFF, ENDERTON & MATHEWS, LLC
136 East South Temple, Suite 1050
Salt Lake City, UT 84111
Phone: (801) 281-0252
steve@gemlawfirm.com
sarah@gemlawfirm.com
Attorneys for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In Re:<br>NOELLE C. LEGENDRE,<br><br>Debtor. | Bankruptcy No. 18-26355<br><br>Chapter 13<br><br>Hon. R. Kimball Mosier |
|---|---|

NOTICE OF DEBTOR'S APPLICATION FOR ATTORNEY FEES AND NOTICE OF
OPPORTUNITY FOR A HEARING

(Objection Deadline: July 9, 2019)
(Hearing Date: July 31, 2019 @ 11:00 a.m.)

**PLEASE TAKE NOTICE** that Noelle C Legendre has filed with the United States Bankruptcy Court for the District of Utah, a Debtor's Application for Attorney Fees.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

The Debtors are moving the Court to allow Attorney fees in the total amount of $3,852.50, less a retainer of $500.00 already paid and waived attorney fees of $352.50 for a total of $3,000.00 fees to be paid in the Plan. If you do not want the Court to grant the relief requested in the Debtor's Application for Attorney Fees:

(1) on or before **July 9, 2019**, you or your lawyer must file with the Bankruptcy Court a

written objection to the Debtor's Application for Attorney Fees explaining your position, at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before **July 9, 2019.** You must also, mail a copy to the undersigned counsel at:

Sarah L. Mathews
GRINDSTAFF, ENDERTON & MATHEWS, LLC
136 East South Temple, Suite 1050
Salt Lake City, UT 84111

(2) attend the hearing which is set for **July 31, 2019 at 11:00 o'clock a.m.** in **Courtroom 369**, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, UT 84101. There will be no further notice of the hearing and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Debtor's Application for Attorney Fees and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Debtor's Application for Attorney Fees, without hearing.

Dated this 12th day of June, 2019.

__/s/_____
Sarah L. Mathews

## CERTIFICATE OF SERVICE - MAIL, OTHER

I hereby certify that on the 12th day of June, 2019, I caused to be served a true and correct copy of the foregoing Notice of Debtor's Application for Attorney Fees and Notice of Opportunity for a Hearing. I also cause to be served a true and correct copy of the Motion to Approve Application Attorney fees along with this Notice as follows:

**By Notice of Electronic Filing (CM/ECF)**

- Stephen M. Enderton senderton@emlegal.net,
    turia@emlegal.net;mathews@emlegal.net;mathewssr52908@notify.bestcase.com

- Lon Jenkins tr ecfmail@ch13ut.org, lneebling@ch13ut.org

- Bradley C. Johnson bcjohnson@slco.org, lpratt@slco.org

- Sarah L. Mathews mathews@emlegal.net,
    turia@emlegal.net;senderton@emlegal.net;mathewssr52908@notify.bestcase.com

- Mark S. Middlemas LundbergECFmail@Lundbergfirm.com,
    ecfmaildistgroup@lundbergfirm.com

- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

**Mail Service to Entire Matrix -** By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated, **today, June 12, 2019** attached hereto.

          __/s/_____
          Mail Clerk

```
Label Matrix for local noticing          BONNEVILLE COLLECTIONS                  Bonneville Billing
1088-2                                    PO BOX 150621                          1186 E. 4600 S. STE 100
Case 18-26355                             OGDEN, UT 84415-0621                   Ogden, UT 84403-4896
District of Utah
Salt Lake City
Wed Jun 12 10:59:06 MDT 2019

Caine & Weiner                            Capital One                            Deseret First Credit Union
Viat Mix Corporation                      Attn: Bankruptcy                       3999 W Parkway Blvd
338 Harris HIll Rd. #206                  Po Box 30285                           West Valley City, UT 84120-6480
Buffalo, NY 14221-7470                    Salt Lake City, UT 84130-0285

Deseret First Credit Union                Edc/wasatch Property M                 Stephen M. Enderton
Attn: Bankruptcy                          1175 E 7800 S                          Grindstaff, Enderton & Mathews, LLC
Po Box 45046                              Sandy, UT 84094                        136 E South Temple
Salt Lake City, UT 84145-0046                                                    Suite 1050
                                                                                 Salt Lake City, UT 84111-1141

Express Recovery                          FedLoan Servicing                      First Premier Bank
PO Box 26415                              Attn: Bankruptcy                       Attn: Bankruptcy
Salt Lake City, UT 84126-0415             Po Box 69184                           Po Box 5524
                                          Harrisburg, PA 17106-9184              Sioux Falls, SD 57117-5524

Granite Credit Union                      Herriman Towne Center HOA              IRS
3675 South 900 East                       c/o Vial Fotheringham, LLP             PO Box 7346
Salt Lake City, UT 84106-1964             515 S 400 E, Suite 200                 Philadelphia, PA 19101-7346
                                          Salt Lake City, UT 84111-3570

Jean & Chantelle Legendre                 Lon Jenkins tr                         Jensen & Sullivan
7315 South 2980 East                      405 South Main Street                  PO Box 150612
Salt Lake City, UT 84121-6229             Suite 600                              Ogden, UT 84415-0612
                                          Salt Lake City, UT 84111-3408

Bradley C. Johnson                        Johnson Mark                           Noelle C. Legendre
Deputy District Attorney                  PO BOX 7811                            13054 South Padstow Lane
35 East 500 South                         Sandy, UT 84091-7811                   Herriman, UT 84096-5719
Salt Lake City, UT 84111-3200

Life Credit                               Lundberg & Associates                  MIDLAND FUNDING LLC
3214 North University Ave                 3269 South Main Street #100            PO BOX 2011
601                                       Salt Lake City, UT 84115-3773          WARREN MI 48090-2011
Provo, UT 84604-4405

Sarah L. Mathews                          McArthur Towns Homeowners Association  Mark S. Middlemas
Grindstaff, Enderton & Mathews, LLC       Chase Terry, Attorney                  Lundberg & Associates
136 E South Temple                        50 W Broadway, Ste 450                 3269 South Main Street
Suite 1050                                Salt Lake City, UT 84101-2037          Suite 100
Salt Lake City, UT 84111-1141                                                    Salt Lake City, UT 84115-3773

Midland Credit Mgmt.                      Miller Harrision                       Miller Harrison LLC
2365 Northside Drive, Suite 300           50 West Broadway Suite 450             McArthur Towns HOA
San Diego, CA 92108-2709                  Salt Lake City, UT 84101-2037          50 West Broadway Ste. 450
                                                                                 Salt Lake City, UT 84101-2037
```

| | | |
|---|---|---|
| National Credit Adjusters<br>327 W 4th Ave<br>Hutchinson, KS 67501-4842 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RISE Credit<br>Attn: Bankruptcy<br>Po Box 101808<br>Fort Worth, TX 76185-1808 | Reviver Financial LLC<br>PO Box 3023<br>Hutchinson, KS 67504-3023 | Salt Lake County Treasurer<br>Attn: Ray Lancaster<br>2001 South State Street, N-1200<br>P.O. Box 144575<br>Salt Lake City, UT 84114-4575 |
| Salt Lake County Treasurer<br>Attn: Ray Lancaster<br>2001 South State Street #N1200<br>P.O. Box 144575<br>Salt Lake City UT 84114-4575 | Synchrony Bank<br>Care of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TFC Tuition Financing<br>Attn: Banlruptcy Dept.<br>2010 Crow Canyon Place Ste 300<br>San Ramon, CA 94583-1344 |
| U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Dept of HUD<br>125 South State St.<br>Room 3001<br>Salt Lake City, UT 84138-1105 | United States Trustee<br>Washington Federal Bank Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Vial Fotherintham<br>515 South 400 East<br>Suite 200<br>Salt Lake City, UT 84111-3570 | Walmart<br>PO BOX 530927<br>Atlanta, GA 30353-0927 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh NC 27605-1000 | Wells Fargo Bank, N.A.<br>Attn: Default Document Processing<br>MAC #N9286-01Y 1000 Blue Gentian Road,<br>Eagan, MN 55121-7700 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 |
| Wells Fargo Home Mor<br>Attn Bankruptcy Dept<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | Xcel Spa & Fitness<br>6151 Highland Dr.<br>Salt Lake City, UT 84121-2123 | elevate<br>4150 International Plaza #300<br>Fort Worth, TX 76109-4819 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

End of Label Matrix
Mailable recipients    50
Bypassed recipients    1
Total    51