**This order is SIGNED.**





**Dated: July 29, 2019**

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

Stephen M. Enderton, Bar # 6535
Sarah L. Mathews, Bar #9756
GRINDSTAFF, ENDERTON & MATHEWS, LLC
136 E South Temple, Suite 1050
Salt Lake City, UT 84111
(801) 281-0252
steve@gemlawfirm.com
sarah@gemlawfirm.com
Attorneys for the Debtor

| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH ||
|---|---|
| In Re:<br><br>NOELLE C. LEGENDRE,<br><br>Debtor. | Bankruptcy No: 18-26355<br><br>Chapter 13<br><br>Hon. R. Kimball Mosier |
| ORDER ON APPLICATION FOR FEES ||

The Court, after having had the Application for Fees scheduled for hearing on the 31st day of July, 2019, and interested parties having been notified of an objection deadline and no parties having responded other than the Trustee's response, and the Court having retained jurisdiction to address fees and having reviewed the pleadings on file with this Court, and the Court having been otherwise fully informed in the premises HEREBY ORDERS:

1. Fees are awarded to Sarah L. Mathews in the amount of $3,852.50 less a retainer of $500.00 already paid, and waived attorney fees of $352.50 for a remaining amount of $3,000.00 to be paid as an administrative expense under 11 U.S.C. § 503(b), which are to be paid by the Trustee from property of the estate to the extent funds are available.

END OF DOCUMENT

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Stephen M. Enderton senderton@emlegal.net, turia@emlegal.net;mathews@emlegal.net;mathewssr52908@notify.bestcase.com
- Lon Jenkins tr ecfmail@ch13ut.org, lneebling@ch13ut.org
- Bradley C. Johnson bcjohnson@slco.org, lpratt@slco.org
- Sarah L. Mathews mathews@emlegal.net, turia@emlegal.net;senderton@emlegal.net;mathewssr52908@notify.bestcase.com
- Mark S. Middlemas LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

**BY U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

    Noelle LeGendre
    13054 South Padstow Lane
    Herriman, UT 84096

                                      _____
                                      Court Clerk